JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Michael Halbert,                                  )<br>                                                         )<br>                    Plaintiff,                         )<br>                                                         )<br>          v.                                             )<br>                                                         )<br>Truform Equipment, Inc., et al.,            )<br>                                                         )<br>                    Defendant(s).                   )<br>                                                         )<br>                                                         )<br>_____ ) | SACV 17-00641  JVS (JDEx)<br><br>ORDER OF DISMISSAL UPON<br><br>SETTLEMENT OF CASE |

     The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

     IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

     The Court vacates all hearing dates currently set.

DATED:  September 28, 2017

                          James V. Selna

                 United States District Judge